Case 2:23-mj-00545-DUTY  Document 7  Filed 02/06/23  Page 1 of 1  Page ID #:30

FILED
CLERK, U.S. DISTRICT COURT
2/6/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: VAV  DEPUTY

FINDING RE PROBABLE CAUSE    2:23-mj-00545-DUTY

On February 4, 2023, at __3:00__ a.m./**p.m.**, Special Agent Billie Bender of the Federal Bureau of Investigation appeared telephonically before me regarding the probable cause arrest of defendant ROBERT DOUGLAS SPIRO JR., which occurred on February 3, 2023, at Los Angeles, California. Having reviewed the agent's affidavit in support of a criminal complaint, a copy of which is attached hereto, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 18, United States Code, Sections 371, 1001.

/✓/ It is ordered that defendant ROBERT DOUGLAS SPIRO JR. be held to answer for proceedings under Federal Rule of Criminal Procedure 5 on February 6, 2023.

/____/ It is ordered that defendant ROBERT DOUGLAS SPIRO JR. be discharged from custody on this charge forthwith.

DATED: February 4, 2023, at __3:00__ ~~a.m.~~/p.m.

_____ PVC
UNITED STATES MAGISTRATE JUDGE